# IN THE SUPREME COURT OF THE STATE OF NEVADA

YIORKIS PINEDA-LAURENCIO,
           Appellant,
vs.
THE STATE OF NEVADA,
           Respondent.

No. 77600 ✔

YIORKIS PINEDA-LAURENCIO,
           Appellant,
vs.
THE STATE OF NEVADA,
           Respondent.

No. 77601

FILED

JAN 15 2019

ELI__ __ __OWN
CLER__ OF __ __EME COURT
BY_____
      DE__U__ CLERK

## ORDER DISMISSING APPEALS

These are appeals from district court orders denying appellant's postconviction petitions for writs of habeas corpus. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Appellant has filed motions indicating that he wishes to voluntarily dismiss his appeals. The motions are granted and we

ORDER these appeals DISMISSED.

_____ , J.
      Pickering

_____ , J.
      Parraguirre

_____ , J.
      Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

19-02370

cc:    Hon. Kathleen E. Delaney, District Judge
       Yiorkis Pineda-Laurencio
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk